[No. 22917-0-II.    Division Two.    July 23, 1999.]

MONTE DOUGLAS MARTIN, *Appellant*, v. DR. JOHN F. ROBINSON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02655-2, Gary Tabor, J., entered January 29, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Morgan, J.

[Nos. 23139-5-II; 23147-6-II.    Division Two.    July 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK WAYNE WILLIAMS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROY ALLEN SHOSTAK, JR., *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 97-1-00031-6, 97-1-00029-4, Stephen M. Warning, J., entered March 31, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 23204-9-II.    Division Two.    July 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE BARTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00070-2, H. John Hall, J., entered April 20, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23300-2-II.    Division Two.    July 23, 1999.]

PUBLIC UTILITY DISTRICT NO. 1 OF BENTON COUNTY, ET AL., *Respondents*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-2-03371-2, Richard D. Hicks, J., entered April 27, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Hunt, JJ.